**John Anthony PACE, Plaintiff–
Appellant,**

v.

**Ralph DOBBINS, Superintendent
NRJV; Virginia Department of Corrections, Defendants–Appellees.**

**No. 02–7852.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

John Anthony Pace, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John Anthony Pace appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pace v. Dobbins,* No. CA–02–1215 (W.D.Va. Nov. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*